## 2007 OK 72

### In the Matter Of the STRIKING OF NAMES OF MEMBERS OF the OKLAHOMA BAR ASSOCIATION for Noncompliance with Mandatory Continuing Legal Education Requirement for the Year 2005.

### SCBD No. 5205.

Supreme Court of Oklahoma.

Sept. 17, 2007.

### ORDER STRIKING NAMES

There came on for consideration the Application by the Board of Governors of the Oklahoma Bar Association for an Order striking the names of attorneys from the membership rolls of the Oklahoma Bar Association and from the practice of law in the State of Oklahoma for failure to comply with the Mandatory Continuing Legal Education requirements for the year 2005.

It appears to the Court that the Board of Governors at their August 24, 2007, meeting, in compliance with Rule 6(e) of the Rules of the Supreme Court for Mandatory Continuing Legal Education, established that the hereinafter named members of the Oklahoma Bar Association were suspended from membership in the Association and the practice of law in the State of Oklahoma by Order of this Court in Case No. S.C.B.D. 5205 on June 26, 2006, for noncompliance with Mandatory Continuing Legal Education requirements for 2005. It further appears to the Court that the Board of Governors determined that no application for reinstatement has been filed by said members within one year of the suspension.

**THE COURT THEREFORE FINDS,** that the actions of the Board of Governors of the Oklahoma Bar Association are in compliance with the Rules of the Supreme Court for Mandatory Continuing Legal Education, and that the following attorneys should be and are hereby stricken from the membership rolls of the Oklahoma Bar Association and from the practice of law in the State of Oklahoma, for failure to comply with the Mandatory Continuing Legal Education requirements for year 2005, to wit:

/s/ James R. Winchester
James R. Winchester, Chief Justice

WINCHESTER, C.J., EDMONDSON, V.C.J., HARGRAVE, KAUGER, WATT, TAYLOR, COLBERT, JJ., concur.

OPALA, J., not participating.

EXHIBIT A

(Striking Names—MCLE 2005)

Barry Knight Beasley
OBA No. 11220
4516 W Freeport Ave
Broken Arrow, OK 74012

Glen Joseph Blake
OBA No. 18655
PO Box 50001
Tulsa, OK 74150-0001

Christi Ann Chapman
OBA No. 18545
1429 W Catfishbay
Kingston, OK 73439

Debra Jean Coffey
OBA No. 18995
10220 E. 112th St. S.
Bixby, OK 74008

Clifford Eugene Heckert
OBA No. 19332
5005 Malcom Rd
Lawton, OK 73501

Ronald Lee Johnson
OBA No. 4721
PO Box 5295
Ardmore, OK 73403

Phyllis Stevenson Jones
OBA No. 4791
4400 Hemingway Drive # 173
Oklahoma City, OK 73118

Richard John Lehrter
OBA No. 15618
UMB Financial—UMB Bank
1437 S Boulder Ave 1st Fl
Tulsa, OK 74119

Terry Paul Malloy
OBA No. 5648
5525 E 51st St, Ste 150
Tulsa, OK 74135

Laura Maureen Parmele
OBA No. 10920
PO Box 702214
Tulsa, OK 74170

John F. Percival
OBA No. 7038
4124 Northwich
Norman, OK 73072

Johann Michael Viscosi
OBA No. 9240
Ste. 11C
5 NW 16th St.
Lawton, OK 73507-6459

John Matthew Whitworth
OBA No. 18157
3902 78th Drive E.
Sarasota, FL 34243